IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FREEMAN HERRING,                  )
                                  )    2:06-cv-2079-GEB-GGH
               Plaintiff,         )
                                  )
     v.                           )    ORDER
                                  )
MERCK & COMPANY, INC., et al.,    )
                                  )
               Defendants.        )
                                  )
```

        Presently, a hearing is scheduled for November 27, 2006, on Defendant Merck's ("Defendant") motion to stay this action pending a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on whether this action should be transferred to Multidistrict Litigation proceeding No. 1657 ("MDL-1657").  Since Defendant asserts it will provided notice to the Panel of this action and a Conditional Transfer Order will likely be issued within the next few weeks, judicial economy is served by deferring consideration of the pending motions.  Therefore, the hearings on these motions are continued to February 20, 2007, at 9:00 a.m.  The hearing set for November 27, 2006, is vacated.  Upon entry of this Order further proceedings in this action are stayed pending the decision on whether this action

will be transferred to MDL Proceeding No. 1657 in the Eastern District of Louisiana except Defendant shall file a status report no later than January 30, 2007, in which it only explains the status of its effort to transfer this action to MDL-1657.

IT IS SO ORDERED.

Dated: November 2, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge